**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

The State, Appellant,

v.

Steve Lucas, Respondent.

Appellate Case No. 2007-071446

———————————

Appeal From Lancaster County
Brooks P. Goldsmith, Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-519
Submitted August 1, 2012 – Filed September 12, 2012

———————————

## APPEAL DISMISSED

———————————

J. Benjamin Aplin, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Appellant.

Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for Respondent.

———————————

**PER CURIAM:** Appeal dismissed[1] pursuant to Rule 220(b), SCACR, and the following authorities: *Byrd v. Irmo High Sch.*, 321 S.C. 426, 431, 468 S.E.2d 861, 864 (1996) ("[An appellate c]ourt will not pass on moot and academic questions or make an adjudication where there remains no actual controversy."); *Sloan v. Friends of the Hunley, Inc.*, 369 S.C. 20, 26, 630 S.E.2d 474, 477 (2006) ("A moot case exists where a judgment rendered by the court will have no practical legal effect upon an existing controversy because an intervening event renders any grant of effectual relief impossible for the reviewing court.").

**APPEAL DISMISSED.**

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.